# DOCUMENTS TO BE SEALED

## PLAINTIFF

## -V-

## DEFENDANT

**DOCKET NUMBER:** 20 CV 01738

**DATE FILED:** FEB 27 2020

**SIGNED BY:** JUDGE ENGELMAYER

**DATE SIGNED:** FEB 27 2020

**TO BE FILED UNDER SEAL:**

____ ENTIRE ACTION

✓ COMPLAINT / PETITION ONLY

____ OTHER DOCUMENTS / EXHIBITS