JUDGE FAILLA

Engelmeyer, P
Part I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**20 CV 01738**

THE PHOENIX COMPANIES, INC., now known as
THE NASSAU COMPANIES OF NEW YORK,

                Plaintiff,

-against-

CONCENTRIX INSURANCE ADMINISTRATION
SOLUTIONS CORPORATION,

                Defendant.

Case No.:

[~~PROPOSED~~] ORDER
GRANTING PLAINTIFFS' EX
PARTE MOTION FOR
LEAVE TO FILE
COMPLAINT AND
ACCOMPANYING PAPERS
UNDER SEAL

    Upon the motion of Plaintiffs for an order permitting the filing of the Complaint under seal, and upon review of the declaration of counsel in support thereof, it is hereby

    ORDERED that Plaintiff's Ex Parte Motion for Leave to File Complaint Under Seal be GRANTED, and it is

    FURTHER ORDERED, that the Complaint in this action shall be placed under seal until such time as proof of service of the summons and Complaint is returned and filed by Plaintiffs with the Clerk of the Court, issue has been joined by defendant, and defendant can be heard on the issue of sealing.

                                    *Paul A. Engelmeyer*
                              UNITED STATES DISTRICT JUDGE

Dated: 2/27/20