

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700   F 212.262.0050

**Michael J. Crowley**
Partner
Direct Dial 212.307.3702
MCrowley@connellfoley.com

April 17, 2020

<u>VIA ECF</u>
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re:   **The Phoenix Companies Inc., now known as The Nassau Companies of New York v. Concentrix Insurance Administration Solutions Corporation**
<u>**Docket No.: 20-cv-01738 (KPF)**</u>

Dear Judge Polk Failla,

    We represent the defendant-counterclaimant Concentrix Insurance Administration Solutions Corporation ("Concentrix") and we write in accordance with Section 9(C)(ii) of this Court's rules to submit this letter motion for permission to file the Answer with Counterclaim under seal.

    Plaintiff The Phoenix Companies, Inc., now known as The Nassau Companies of New York ("Phoenix") filed a Complaint seeking monetary damages arising from an alleged breach of a Master Services Agreement dated December 23, 2016 ("MSA") entered into between Phoenix and Concentrix.

    Pursuant to MSA § 15.1(b), "the terms of this Agreement . . . will constitute Confidential Information," which "each party will," per § 15(2)(a), "strictly maintain" in confidence. Additionally, numerous documents referenced and quoted from in the allegations of the Complaint were marked "confidential" or "proprietary and confidential" by Concentrix.

    Phoenix filed a motion with the Court for an Order granting leave to file the Complaint under seal. The Court granted Phoenix's motion and issued an Order dated February 27, 2020 that the Complaint shall be placed under seal, a true and correct copy of which is attached hereto.

    Concentrix's Answer to the Complaint and Counterclaim cite to the MSA and other confidential and proprietary information related to the MSA, Phoenix's allegations in the

Hon. Katherine Polk Failla
April 17, 2020
Page 2

Complaint and Concentrix's claims for breach of the MSA and damages.

Concentrix believes that the Complaint, Answer and Counterclaim and the citations and quotations therein contain confidential and proprietary information, including, but not limited to its pricing, terms and conditions, and customer solutioning.

Concentrix has informed Phoenix's counsel of its belief and position that the sealing order needs to remain in place to protect its confidential and proprietary information.

Accordingly, Concentrix requests its Answer and Counterclaim be filed under seal. A proposed Order accompanies this application.

Respectfully submitted,

*/s/ Michael J. Crowley*

Michael J. Crowley

MJC/mc

cc: **VIA ECF**
Bryan F. Lewis, Esq.
LEWIS JOHS AVALLONE
AVILES, LLP
One CA Plaza, Suite 225
Islandia, New York 11749

```
Application GRANTED.  Defendant is permitted to file its Answer and
Counterclaim under seal, such that it is viewable to the Court and parties
only.

Dated:    April 17, 2020             SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

5411234-2