

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700   F 212.262.0050

**Michael J. Crowley**
Partner
Direct Dial 212.307.3702
MCrowley@connellfoley.com

May 6, 2020

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re: **The Phoenix Companies Inc., now known as The Nassau Companies of New York v. Concentrix Insurance Administration Solutions Corporation**
**Docket No.: 20-cv-01738 (KPF)**

Dear Judge Polk Failla,

On behalf of Concentrix Insurance Administration Services Corporation, we hereby request an extension of the Initial Pretrial Conference for forty-five (45) to sixty (60) days. The Initial Pretrial Conference was originally set for May 14, 2020. No prior extensions have been requested.

The extension is requested to allow time for new party Pricewaterhousecoopers Advisory Services, LLC, recently served by certified mail with the Cross-Claim on April 30, 2020, to appear in the action and participate in the decisions impacting a proposed Case Management Plan and Scheduling Order. In addition, plaintiff is also named in Concentrix's Cross-Claim and has not yet filed a responsive pleading. Concentrix has agreed to a two week extension of time to May 22, 2020 for plaintiff to respond to or move on the Cross-Claim.

Based upon the status of pleadings and parties, potential motion practice that may affect ultimate claims and before the case is at issue, an extension of the Initial Pretrial Conference is requested to allow the parties time to meaningfully meet and confer on the subjects to be considered at a Federal Rule of Civil Procedure 16 conference.

      Counsel for plaintiff The Phoenix Companies, Inc., now known as The Nassau Companies of New York, is in agreement with a requested extension of 45 days.

                              Respectfully submitted,

                              */s/ Michael J. Crowley*

                              Michael J. Crowley

MJC/mc

cc:     **VIA ECF**
        Bryan F. Lewis, Esq.
        LEWIS JOHS AVALLONE
        AVILES, LLP
        One CA Plaza, Suite 225
        Islandia, New York 11749

        **VIA PM LEGAL**
        PricewaterhouseCoopers Advisory Services LLC
        c/o CT Corporation System
        28 Liberty Street
        New York, New York 10005

```
Application GRANTED.  The initial pretrial conference is hereby ADJOURNED to
July 30, 2020, at 11:00 a.m.  Additionally, Plaintiff hereby has until May
22, 2020, to respond to Defendant Concentrix's cross-claim.  As
PricewaterhouseCoopers Advisory Services LLC has yet to appear in this
action, the Court ORDERS Defendant Concentrix to provide a copy of this
Order to PricewaterhouseCoopers.

Dated:    May 6, 2020              SO ORDERED.
          New York, New York
```

                                            *Katherine Polk Failla*

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE

5430719-3