

June 24, 2020

**Via ECF and E-mail:** Failla_NYSDChambers@nysd.uscourts.gov

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



**Re:** **The Phoenix Companies, Inc. now known as The Nassau Companies of New York v. Concentrix Insurance Administration Solutions Corporation, et al.**
<u>Case No.: 20-cv-01738</u>

Dear Judge Failla:

We represent Plaintiff, The Phoenix Companies, Inc. now known as The Nassau Companies of New York ("Phoenix"), in the above-referenced matter.

The present filing date for Phoenix's Motion to Dismiss is June 30, 2020. We write, with the consent of counsel for Defendant, Concentrix Insurance Administration Solutions Corporation ("CIS"), and Third-Party Defendant, PriceWaterhouseCooper Advisory Services LLC ("PwC"), to request a modification of the briefing schedule for Phoenix's Motion to Dismiss (and any pre-Answer motion filed by PwC) as follows:

- Moving Papers: July 17, 2020

- Opposition Papers: August 21, 2020

- Reply Papers: September 11, 2020

This is the first request for such relief. The reason for this request is two-fold. First, subsequent to the conference on June 12, 2020, Concentrix produced a large volume of documents in advance of the accelerated deposition of Concentrix witness, Marc Fedor, to commence June 29, 2020. This modification will allow counsel for all parties to try to review these documents and prepare for Mr. Fedor's deposition. Second, this modification will coordinate the filing dates for Phoenix's Motion to Dismiss and any pre-Answer motion filed by third-party defendant PwC.



*The Phoenix Companies, Inc. v. Concentrix, et al.*
**June 24, 2020**
*Page 2*

We thank the Court for considering this application.

Respectfully submitted,

*[signature: Bryan Lewis]*

Bryan F. Lewis
bflewis@lewisjohs.com
*Islandia Office*
BFL/msag

cc:     Counsel of Record (*Via ECF*)

```
Application GRANTED.  The Court hereby adopts the proposed briefing schedule
for Plaintiff's motion to dismiss.

Dated:     June 24, 2020              SO ORDERED.
           New York, New York
```

*[signature: Katherine Polk Failla]*

```
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
```