UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PHOENIX COMPANIES, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>CONCENTRIX INSURANCE ADMINISTRATIVE SOLUTIONS CORPORATION,<br><br>　　　　　　　Defendant and Counterclaim Plaintiff,<br><br>　　　　-v.-<br><br>THE PHOENIX COMPANIES, INC.; PRICEWATERHOUSECOOPERS ADVISORY SERVICES LLC; and ROES 1-10,<br><br>　　　　　　　Counterclaim Defendants. | 20 Civ. 1738 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

　　The Court is in receipt of Defendant and Counterclaim Plaintiff Concentrix Insurance Administrative Solutions Corporation's Amended Answer and Counterclaim. (Dkt. #56). As Concentrix has amended its Counterclaim, Plaintiff's and PwC's motions to dismiss (Dkt. #51-55) are DENIED as moot without prejudice to their refiling. The Clerk of Court is directed to terminate the motions at docket entries 51 and 54. On or before September 11, 2020, Plaintiff and PwC shall file either updated motions to dismiss the Amended Counterclaim or answers. Should Plaintiff and PwC choose to file updated motions to dismiss, Concentrix's opposing papers will be due on or before

October 16, 2020, and Plaintiff's and PwC's reply papers will be due on or before October 30, 2020.  Finally, Plaintiff's request that the initial pretrial conference be rescheduled (Dkt. #58) is DENIED.  Should an initial pretrial conference remain necessary following the resolution of the anticipated motions, the Court will schedule such a conference.

     SO ORDERED.

Dated:    August 17, 2020
          New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge