

September 8, 2020

Hon. Katherine Polk Failla
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, New York 10007



Re:   **The Phoenix Companies, Inc. now known as The Nassau Companies of New York v. Concentrix Insurance Administration Solutions Corporation, et al.**
      <u>**Case No.: 20-cv-01738**</u>

Dear Judge Failla:

This firm represents Plaintiff, The Phoenix Companies, Inc. in the above-referenced matter.

As noted at the time of commencement and in prior applications, the Master Services Agreement at issue contains a confidentiality provision.[1] Accordingly, this Court previously granted Plaintiff's request to file its motion to dismiss Defendant Concentrix Insurance Administration Solutions Corporation's counterclaims under seal. *See* ECF Dkt. No. 29.

Defendant has since amended its counterclaims (ECF Dkt. No. 56), and Plaintiff intends to file updated motions to dismiss per the Court's Order of August 17, 2020 (ECF Dkt. No. 59). Accordingly, Plaintiff again seeks leave to do so under seal.

Respectfully submitted,

/s/

Bryan F. Lewis
bflewis@lewisjohs.com

Annemarie S. Jones
asjones@lewisjohs.com

cc:    All Counsel of Records (*Via ECF*)

---

[1] Pursuant to MSA § 15.1(b), "the terms of this Agreement . . . will constitute Confidential Information," which "each party will," per § 15(2)(a), "strictly maintain" in confidence.

Application GRANTED.  Plaintiff is permitted to file its motion and accompanying materials, and Defendant is permitted to file its opposing materials, under seal, viewable by the Court and parties only.

Dated:    September 8, 2020          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE