UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PHOENIX COMPANIES, INC., *now known as* THE NASSAU COMPANIES OF NEW YORK,<br><br>       Plaintiff,<br><br>       -v.-<br><br>CONCENTRIX INSURANCE ADMINISTRATION SOLUTIONS CORPORATION,<br><br>       Defendant.<br><br>CONCENTRIX INSURANCE ADMINISTRATION SOLUTIONS CORPORATION,<br><br>       Counter-Claimant,<br><br>       -v.-<br><br>THE PHOENIX COMPANIES, INC., *now known as* THE NASSAU COMPANIES OF NEW YORK; PRICEWATERHOUSECOOPERS ADVISORY SERVICES LLC; and ROES 1 THROUGH 10,<br><br>       Counter-Defendants. | 20 Civ. 1738 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  Counter-Defendant Phoenix Companies, Inc., now known as the Nassau Companies of New York ("Phoenix"), has moved for the partial dismissal of Counter-Claimant Concentrix Insurance Administration Solutions Corporation's ("CIS's") Amended Counterclaim. Counter-Defendant PricewaterhouseCoopers Advisory Services LLC ("PwC") has separately moved

for the dismissal of both counterclaims brought against it by CIS. For reasons set forth in the Court's Opinion and Order filed under seal on June 22, 2021, Phoenix's motion to dismiss is GRANTED in part and DENIED in part, and PwC's motion to dismiss is GRANTED.

The parties are directed to file publicly any materials previously filed under seal by July 19, 2021, with certain limited categories of information redacted in accordance with *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). On that date, the parties will also file a joint letter suggesting redactions to the Opinion. Taking the parties' suggestions into consideration, the Court will then file a redacted version of the Opinion on the public docket

SO ORDERED.

Dated: June 22, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge